**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**FILED**
November 22, 2019

Lyle W. Cayce
Clerk

No. 19-20414
Summary Calendar

TERESA ANN WATERS,

       Plaintiff - Appellant

v.

TEXAS ATTORNEY GENERAL, In their Official Capacity; HARRIS
COUNTY DISTRICT ATTORNEY'S OFFICE, In their Official Capacity;
TEXAS DEPARTMENT OF PUBLIC SAFETY, In their Official Capacity;
TEXAS DEPARTMENT OF STATE HEALTH SERVICES, c/o Ken Paxton, in
their Official Capacity; JOHN HELLERSTEDT, In his Official Capacity;
STEVE MCCRAW, In his Official Capacity; KIM OGG, In her Official
Capacity; KEN PAXTON,

       Defendants - Appellees

Appeal from the United States United States District Court
for the Southern District of Texas
USDC No. 4:18-CV-2857

Before HIGGINBOTHAM, HO, and ENGELHARDT, Circuit Judges.

PER CURIAM:*

       AFFIRMED.  *See* Fifth Cir. R. 47.6.

---

     * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.